(74 South. 1007)

TURNER v. STATE. (6 Div. 104.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; Wm. E. Fort, Judge. Gibson & Davis, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The defendant was convicted of violating the prohibition law, and appeals on the record, without a bill of exceptions. The record and proceedings of the trial appearing in all things regular, the judgment is affirmed. Affirmed.

(74 South. 1007)

WAITS v. STATE. (6 Div. 223.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; Wm. E. Fort, Judge. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. After a careful examination of the record, we find nothing of which the defendant can complain, or that warrants discussion. Affirmed.

(74 South. 1007)

WILSON v. BRIGDEN. (2 Div. 169.) (Court of Appeals of Alabama. Feb. 10, 1917.) Appeal from Law and Equity Court, Hale County; C. E. Waller, Judge. Suit between Sallie Wilson and George Brigden. From a judgment for Brigden, Wilson appeals, and Brigden moves to dismiss. Appeal dismissed. Lee M. Otts, of Greensboro, for appellant. R. B. Evins, of Greensboro, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

(75 South. 1004)

ALEXANDER v. STATE. (6 Div. 152.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Criminal Court, Jefferson County; H. P. Heflin, Judge. George Alexander was convicted of crime, and appeals. Affirmed. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The appellant reserved no bill of exceptions, and prosecutes this appeal on the record proper. We find no error in the record. Affirmed.

(75 South. 1004)

AMERICAN PEOPLE'S INS. CO. v. LINDSEY. (1 Div. 239.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Law and Equity Court, Mobile County; Saffold Berney, Judge.

BRICKEN, J. Affirmed on certificate.

(75 South. 1004)

AVONDALE MILLS v. KINNON. (6 Div. 295.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Jefferson County; E. C. Crow, Judge. John W. Altman, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

(75 South. 1004)

BATTLE v. STATE. (6 Div. 217.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Criminal Court, Jefferson County; A. H. Alston, Judge. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.

(75 South. 1004)

BELL v. HARDY. (6 Div. 37.) (Court of Appeals of Alabama. April 19, 1917. Rehearing Denied May 15, 1917.) Appeal from Circuit

Court, Pickens County; Bernard Harwood, Judge. H. A. & D. K. Jones, of Tuscaloosa, for appellant. Patton & Patton, of Livingston, for appellee.

PER CURIAM. On April 19, 1917, the appeal in this case was dismissed for want of prosecution, and on May 10th, the case was submitted on motion to reinstate. Motion overruled.

(75 South. 1004)

BROWN v. NORTHERN ALABAMA RY. CO. (6 Div. 257.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Law and Equity Court, Walker County; T. L. Sowell, Judge. Bankhead & Bankhead, of Jasper, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1005)

BYARS v. STATE. (8 Div. 469.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Law and Equity Court, Morgan County; Thomas W. Wert, Judge. James Byars was convicted of crime, and appeals. Affirmed. C. L. Price, of Albany, for appellant. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State.

BROWN, P. J. The questions presented on this appeal were all considered in the following cases and determined against the appellant's contention: White v. State, 15 Ala. App. 197, 72 South. 771; Ex parte Brown, 15 Ala. App. 210, 72 South. 772; Ogles v. State, 15 Ala. App. 111, 72 South. 598. Affirmed.

(75 South. 1005)

CAHOON v. STATE. (6 Div. 317.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Criminal Court, Jefferson County; Wm. E. Fort, Judge. Prosch & Prosch, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed on motion of appellant.

(75 South. 1005)

CENTRAL IRON & COAL CO. v. HAY. (6 Div. 196.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Tuscaloosa County Court; H. B. Foster, Judge. Henry A. Jones, of Tuscaloosa, for appellant. Brown & Ward, of Tuscaloosa, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(75 South. 1005)

CHAPMAN v. CITY OF BIRMINGHAM. (6 Div. 315.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. H. Alford, of Birmingham, for appellant. G. Lewis Bailes, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1005)

CLINTON MINING CO. v. WILLIAMS. (6 Div. 326.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from City Court of Birmingham; John H. Miller, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement.